1  Gregor A. Hensrude, Bar No. 226660
   Samuel B. Strohbehn, Bar No. 257697
2  KLINEDINST PC
   777 S. Figueroa St., 47th Floor
3  Los Angeles, California 90017
   (213) 607-2115/FAX (213) 607-2116
4  ghensrude@klinedinstlaw.com
   sstrohbehn@klinedinstlaw.com
5
   Edward E. Casto, Jr., Esq.
6  Barry J. Bumgardner, Esq.
   Steven W. Hartsell, Esq.
7  NELSON BUMGARDNER CASTO, P.C.
   3131 West 7th Street, Suite 300
8  Fort Worth, Texas 76107
   817-377-9111/FAX 817-377-3485
9
   Attorneys for Plaintiff
10 GUARDIAN MEDIA TECHNOLOGIES, LTD.

FILED
CLERK, U.S. DISTRICT COURT
SEP - 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

___ Priority
___ Send
___ Clsd
___ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN MEDIA TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> FUJITSU COMPUTER SYSTEMS CORP. and FUJITSU LIMITED, <br><br> Defendants. | Case No. CV09-05051 R (RCx) <br><br> NOTICE ~~MOTION~~ TO DISMISS ACTION WITHOUT PREJUDICE ; AND ORDER <br><br> Courtroom: 8 <br> Judge: Manuel L. Real <br> Magistrate Judge: Rosalyn Chapman <br> Complaint Filed: <br> Trial Date: None set |

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

- 1 -
MOTION TO DISMISS ACTION WITHOUT PREJUDICE
CV09-05051 R (RCx)

1   NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a),
2   Plaintiff Guardian Media Technologies, LTD., will and does hereby move for an
3   order dismissing all claims against Defendants FUJITSU COMPUTER SYSTEMS
4   CORP. and FUJITSU LIMITED ("Defendants") in this action WITHOUT
5   PREJUDICE. Defendants have not filed an answer or otherwise responded to
6   Plaintiff's Complaint.

KLINEDINST PC

DATED: September 2, 2009      By: /s/ Samuel B. Strohbehn
                                  Gregor A. Hensrude
                                  Samuel B. Strohbehn
                                  Attorneys for Plaintiff
                                  GUARDIAN MEDIA
                                  TECHNOLOGIES, LTD.

830740v1

IT IS SO ORDERED   9.9.09
Dated

United States District Judge
MANUEL L. REAL